Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rael Rashard Patterson appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Patterson*, No. 6:97–cr–00129–GRA–1, 2008 WL 2330565 (D.S.C. June 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Truman Scott, Appellant Pro Se.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Truman Scott, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Scott v. John*, No. 5:07–hc–02182–H (E.D.N.C. Apr. 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Truman SCOTT, Petitioner—Appellant,

v.

Tracy JOHN, Respondent—Appellee.

No. 08–6873.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 11, 2008.

Decided: Sept. 17, 2008.

Donna MIRABILE, Plaintiff–Appellant,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendant–Appellee.

No. 07–1656.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 11, 2008.

Decided: Aug. 21, 2008.